JEFFREY P. WIDMAN (SBN 58628)
LAW OFFICES OF JEFFREY P. WIDMAN
101 Race Street, Suite 100
San Jose, CA 95126-3041
Telephone:  (408) 288-6777        **E-filed 8/17/06**
Facsimile:  (408) 288-7668
Email:  jpwidman@comcast.net

Attorney for Defendant and Counterclaimant
CRAIG THORNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMMERSION CORPORATION | Case No. C06-02823JF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CRAIG THORNER'S MOTION FOR ADMINISTRATIVE RELIEF TO SEAL PORTIONS OF DEFENDANT'S OPPOSITION BRIEF CITING PORTIONS OF THE IMMERSION-MICROSOFT AGREEMENT** |
| vs. | |
| CRAIG THORNER, | |
| Defendant and Counterclaimant | |

    Defendant and Cross-Claimant Craig Thorner ("Thorner") has a Motion for Administrative Relief To Seal Portions of Defendant's Memorandum of Points and Authorities in Opposition to Immersion's Motion for Judgment on the Pleadings that cite Exhibit B. Having considered Thorner's request, and good cause appearing, Thorner's request is GRANTED. The portions of Thorner's memorandum of points and authorities citing and describing Exhibit B To The Declaration of Alan J. Heinrich In Support Of Immersion Corporation's Motion for

---
Immersion Corporation v. Thorner, Case No. C06-02823JF                    1
[Proposed] Order Granting Craig Thorner's Motion for Administrative Relief by Sealing Portions of His Opposition Brief

Judgment On The Pleadings On Defendant's Counterclaim for Breach of Contract and Fraud are to be redacted.

IT IS SO ORDERED.

Dated: _8/17____ , 2006      _____
                              Jeremy Fogel
                              United States District Judge


Respectfully submitted August 11, 2006 by:
LAW OFFICES OF JEFFREY P. WIDMAN
Jeffrey P. Widman
101 Race Street, Suite 100
San Jose, Californai 95126-3041
Tel: (408) 288-6777
Fax: (408) 288-7668
Email: jpwidman@comcast.net
Attorneys for Defendant and Counter-Claimant Craig Thorner