\*\*E-filed 1/26/07\*\*

1  IRELL & MANELLA LLP
   Morgan Chu (70446)
2  Richard M. Birnholz (151543)
   Alan J. Heinrich (212782)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
5
   ATTORNEYS FOR PLAINTIFF
6  IMMERSION CORPORATION

7  GLEN M. DIEHL (pro hac vice)
   DIEHL SERVILLA LLC
8  77 Brant Avenue, Suite 110
   Clark, New Jersey 07066
9  Telephone: (732) 815-0404
   Facsimile: (732) 815-1330
10
   ATTORNEYS FOR DEFENDANT
11 CRAIG THORNER
   (additional counsel listed on signature page)
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, | Case No. 5:06-cv-02823-JF (RS) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE ON THORNER'S MOTION FOR LEAVE TO AMEND** |
| CRAIG THORNER, an individual, | |
| Defendant. | Date: February 16, 2007<br>Time: 9:00 a.m.<br>Ctrm: 3, Hon. Jeremy Fogel |

Plaintiff/Counterclaim Defendant Immersion and Defendant/Counterclaimant Craig Thorner, by and through their respective counsel of record, hereby stipulate to adjust the briefing schedule on Thorner's Motion for Leave To Amend as follows:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1629401

-1-

STIPULATION RE BRIEFING SCHEDULE ON
THORNER'S MOTION TO AMEND
CASE NO. 5:06-CV-02823-JF (RS)

1.    On January 12, 2007, Thorner filed a Motion for Leave To Amend seeking leave to file an Amended Answer and Counterclaims ("Motion"). The Motion is currently scheduled for hearing before this Court on February 16, 2007 at 9:00 a.m.

2.    Based on the hearing date, Immersion's Opposition to the Motion is presently due January 26, 2007. Thorner's Reply is currently due February 2, 2007.

3.    To allow the parties additional time to meet and confer on the matter and discuss a compromise that would resolve the motion without the need for a hearing or other judicial intervention, the parties have agreed to adjust the briefing schedule.

4.    The parties therefore have agreed, subject to the approval of the Court, to extend the current briefing schedule by one week. As a result, the parties have agreed that Immersion may file its opposition by Friday, February 2, 2007 and Thorner may file its Reply by Friday, February 9, 2007. The hearing date, if the matter is not resolved, will remain February 16, 2007.

SO STIPULATED.

Dated: January 25, 2007                        By: /s/ Richard Birnholz
                                                              Richard Birnholz

                                                               IRELL & MANELLA LLP
                                                               Attorneys for Plaintiff
                                                               Immersion Corporation

Dated: January 25, 2007                        By: /s/ Glen Diehl
                                                                Glen Diehl
                                                               DIEHL SERVILLA LLC
                                                               Attorneys for Craig Thorner

                                                               Jeffrey P. Widman (58628)
                                                               LAW OFFICES OF JEFFREY P. WIDMAN

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 26 2007                                  _____
                                                                Hon. Jeremy Fogel
                                                               United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1629401

- 2 -

STIPULATION RE BRIEFING SCHEDULE ON
THORNER'S MOTION TO AMEND
CASE NO. 5:06-CV-02823-JF (RS)