**E-filed 7/3/07**

IRELL & MANELLA LLP
Morgan Chu (70446)
Richard M. Birnholz (151543)
Alan J. Heinrich (212782)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

ATTORNEYS FOR PLAINTIFF
IMMERSION CORPORATION

GLEN M. DIEHL (pro hac vice)
DIEHL SERVILLA LLC
77 Brant Avenue, Suite 110
Clark, New Jersey 07066
Telephone: (732) 815-0404
Facsimile: (732) 815-1330

ATTORNEYS FOR DEFENDANTS
CRAIG THORNER AND VRF
(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>CRAIG THORNER, an individual, and VIRTUAL REALITY FEEDBACK CORPORATION (doing business as VRF Corp.),<br><br>   Defendants. | Case No. 5:06-cv-02823-JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE PENDING CASE MANAGEMENT DATES**<br><br>Ctrm: 3, Hon. Jeremy Fogel |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1715032

STIPULATION RE CASE MANAGEMENT DATES
CASE NO. 5:06-CV-02823-JF (RS)

# STIPULATION

Plaintiff/Counterclaim Defendant Immersion and Defendants/Counterclaimants Craig Thorner and Virtual Reality Feedback Corporation (VRF Corp.), by and through their respective counsel of record, hereby advise the Court and stipulate and agree as follows:

1. The parties have been involved in settlement discussions intended to resolve the matters at issue in this action. The parties have reached an agreement in principle, but are in the process of drafting and finalizing a final written agreement. The parties expect to finalize such an agreement in the next few days.

2. Pursuant to the Court's Case Management Order dated November 17, 2006, pretrial submissions are currently due June 28, 2007; the pretrial conference is set for July 13, 2007; and the trial date is July 20, 2007.

3. To allow the parties sufficient time to finalize a written agreement, and avoid the unnecessary expenditure of time, effort, and money to complete pretrial preparations, the parties request that the Court take off calendar the pretrial conference and trial dates, and vacate all corresponding pending dates in the case.

4. In the unlikely event that unanticipated circumstances arise which prevent the parties from executing a final agreement, and submitting to the Court a stipulation dismissing the claims remaining in the action, the parties would promptly request the opportunity to appear at a Further Case Management Conference at a date and time convenient for the Court.

SO STIPULATED.

Dated: June 27, 2007                     By: /s/ Richard Birnholz
                                             Richard Birnholz

                                             IRELL & MANELLA LLP
                                             Attorneys for Plaintiff
                                             Immersion Corporation

Dated: June 27, 2007                     By: /s/ Glen Diehl
                                             Glen Diehl
                                             DIEHL SERVILLA LLC

                                             Jeffrey P. Widman (58628)
                                             LAW OFFICES OF JEFFREY P. WIDMAN
                                             Attorneys for Craig Thorner and VRF Corp.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1715032                                  - 1 -                    STIPULATION RE CASE MANAGEMENT DATES
                                                                  CASE NO. 5:06-CV-02823-JF (RS)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~June ___, 2007~~ 7/2/07

_____
Hon. Jeremy Fogel
United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1715032

- 2 -

STIPULATION RE CASE MANAGEMENT DATES
CASE NO. 5:06-CV-02823-JF (RS)