| | |
|---|---|
| IRELL & MANELLA LLP<br>Morgan Chu (70446)<br>Richard M. Birnholz (151543)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 | |
| ATTORNEYS FOR PLAINTIFF<br>IMMERSION CORPORATION | **E-filed 8/31/07** |

GLEN M. DIEHL (pro hac vice)
DIEHL SERVILLA LLC
77 Brant Avenue, Suite 110
Clark, New Jersey 07066
Telephone: (732) 815-0404
Facsimile: (732) 815-1330

ATTORNEYS FOR DEFENDANTS
CRAIG THORNER AND VRF CORP.
(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG THORNER, an individual, and<br>VIRTUAL REALITY FEEDBACK<br>CORPORATION (doing business as VRF<br>Corp.),<br><br>　　　　Defendants. | Case No. 5:06-cv-02823-JF (RS)<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Ctrm: 3, Hon. Jeremy Fogel |

　　　　Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the agreement of the parties, Immersion Corporation ("Immersion"), Craig Thorner, and Virtual Reality Feedback

Corporation (doing business as VRF Corp.), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On March 24, 2006, Immersion filed this action against Craig Thorner alleging a claim for breach of contract. On May 1, 2006, Thorner filed counterclaims against Immersion alleging counterclaims for Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, Fraud, Promissory Fraud, Breach of Fiduciary Duty, and Negligent Misrepresentation. On September 12, 2006, the Court granted Immersion's motion for judgment on the pleadings with respect to Thorner's First and Third counterclaims for Breach of Contract and Fraud.

2. On February 5, 2007, Immersion filed an Amended Complaint naming VRF as a defendant in addition to Thorner. On February 9, 2007, Thorner and VRF filed a First Amended Counterclaim against Immersion alleging counterclaims for Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, Promissory Fraud, Breach of Fiduciary Duty, Negligent Misrepresentation, and Rescission.

3. Immersion, on the one hand, and Thorner and VRF, on the other hand, have reached an agreement to settle their differences relating to this action.

4. Immersion's Complaint and First Amended Complaint against Thorner and VRF in the above-captioned action, and all claims for relief set forth therein, are hereby dismissed with prejudice.

5. Thorner's Counterclaims and Thorner's and VRF's Amended Counterclaims against Immersion in the above-captioned action, and all claims for relief set forth therein, are hereby dismissed with prejudice.

6. Immersion, Thorner and VRF each shall bear their own costs and attorneys' fees in connection with the action.

7. The Court shall reserve jurisdiction over this matter to oversee and enforce the settlement agreement between Immersion and Thorner.

Dated: August 27, 2007                By: /s/ *Richard Birnholz*
                                      Richard Birnholz
                                      IRELL & MANELLA LLP

                                      Attorneys for Plaintiff
                                      Immersion Corporation


Dated: August 27, 2007                By: /s/ *Glen Diehl*
                                      Glen Diehl
                                      DIEHL SERVILLA LLC

                                      Jeffrey P. Widman (58628)
                                      LAW OFFICES OF JEFFREY P. WIDMAN
                                      Attorneys for Craig Thorner and VRF Corp.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 31, 2007

                                      _____
                                      HON. JEREMY FOGEL
                                      UNITED STATES DISTRICT JUDGE